

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00138-CR

| | | |
|---|---|---|
| Cody J. Anderson | § | From the 297th District Court |
| | § | of Tarrant County (1175955D) |
| v. | § | April 3, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
        Justice Bill Meier